UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    John Bava

Debtor(s)

Case No. 11 B 27049

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on <u>06/29/2011</u>.

    2) The plan was confirmed on <u>11/28/2011</u>.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>04/02/2012</u>.

    5) The case was Dismissed on <u>04/16/2012</u>.

    6) Number of months from filing to last payment: <u>6</u>.

    7) Number of months case was pending: <u>21</u>.

    8) Total value of assets abandoned by court order: <u>NA</u>.

    9) Total value of assets exempted: <u>NA</u>.

    10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,530.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,530.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,451.96 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $78.04 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,530.00** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Alexian Brothers Medical Center | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Medical Center | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Medical Center | Unsecured | 5,505.00 | NA | NA | 0.00 | 0.00 |
| American Collections & Credit | Unsecured | 841.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,777.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 894.00 | 913.07 | 913.07 | 0.00 | 0.00 |
| AT&T | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| Barrington Orthopedic Spec | Unsecured | 110.00 | 175.50 | 175.50 | 0.00 | 0.00 |
| BMW Financial Services | Unsecured | 17,295.00 | 15,194.91 | 15,194.91 | 0.00 | 0.00 |
| Bradley Bessemer | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| Centegra Health System | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Centegra Medical Center | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 1,694.00 | NA | NA | 0.00 | 0.00 |
| Davey | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Elk Grove Radiology | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| GMAC Auto Financing | Unsecured | 11,136.00 | NA | NA | 0.00 | 0.00 |
| Good Shepherd Hospital | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| Good Shepherd Hospital | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Good Shepherd Hospital | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 937.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 75.00 | 100.29 | 100.29 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 997.00 | 990.70 | 990.70 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 2,212.46 | 2,212.46 | 0.00 | 0.00 |
| J C Penney Co Inc | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Keith Schroeder MD | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Mark Levin | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| MEA Medical Care Centers | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 750.00 | 791.99 | 791.99 | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Narenda R Patel | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Nicholas Guisto MD | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Orchard Bank | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| Parvis Nabavi MD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 243.00 | 283.69 | 283.69 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,044.00 | 1,043.78 | 1,043.78 | 0.00 | 0.00 |
| Raymond T O'Hara | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Robert Romolo | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| Service Medical Equip | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Social Security Administration | Unsecured | 1,787.00 | NA | NA | 0.00 | 0.00 |
| Suburban Orthopadic | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Tri County Emer Physician Ltd | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 2,320.00 | NA | NA | 0.00 | 0.00 |
| Wellington Radiology | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $990.70 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$990.70** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,715.69** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $1,530.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,530.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/20/2013      By: /s/ Marilyn O. Marshall
                                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**